**Ashley Yount**

**From:** Mark Adams - Court of Criminal Appeals <mark.adams@cca.courts.state.tx.us>
**Sent:** Wednesday, August 21, 2013 9:13 AM
**To:** coa12notices
**Subject:** Notice from Court of Criminal Appeals

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 2 6 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

Wednesday, August 21, 2013
Re: Case No. PD-0724-13
COA#: 12-12-00172-CR, TC# 114-0107-12
STYLE: BURKS, JESSIE

On this day, the Appellant's Pro Se petition for discretionary review has been refused.
Abel Acosta, Clerk

1